IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01441-RPM

JOSEPH R. HART and
KENDALL S. PALMER,

    Plaintiffs,

v.

UPS FREIGHT,

    Defendant.
_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of the Unopposed Motion to Amend the Complaint [Doc. 14], it is

ORDERED that the motion is granted and the First amended Complaint tendered as Document 13 is accepted for filing.

DATED: September 24th, 2015

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge